IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHARON KAY WEST                                                                    PLAINTIFF

V.                              NO.  4:10-cv-01230 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                             DEFENDANT

## ORDER

Defendant has filed a motion for extension of time to file his brief (doc. 11).  Counsel for Plaintiff has informed the Court that he has no objection to this request.  The motion is granted.  Defendant is granted to and including May 27, 2011, in which to file his brief.

IT IS SO ORDERED this 16th day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE