# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SHARON KAY WEST                                                              PLAINTIFF

V.                      NO. 4:10CV01230 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                       DEFENDANT

## **JUDGMENT**

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 23rd day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE